AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KIMBERLYS JOHANNA RIVERO ESTEVES, | )   Case No. 12-3504JJO |
| a/k/a "KIMBERLY JOHANNA RIVERO," | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 11, 2012_____ in the county of _____Miami-Dade_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1015(a) | false statement under oath in a matter related to naturalization |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____HSI S/A Maria Molano_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____11/09/2012_____

_____
*Judge's signature*

City and state:  _____Miami, Florida_____

_____John J. O'Sullivan, U.S. Magistrate Judge_____
*Printed name and title*

12- 3504 JJO

## Affidavit

I, Maria Paula Molano, a Special Agent with Homeland Security Investigations (HSI) being duly sworn, state the following is true and correct to the best of my knowledge:

1. I am a Special Agent assigned to HSI Special Agent in Charge (SAC) Miami, Document and Benefit Fraud Task Force and have been so since April 14, 2010.  Prior to my appointment as a Special Agent, I completed twenty four weeks of federal law training at Glynco, Georgia, which included training in Immigration Law.  As a Special Agent, I am responsible for  conducting criminal investigations of the criminal statutes contained in the Immigration and Nationality Act and United States customs law, and related offenses contained in Titles 8,18, 19, and 21 of the United States Code.

2. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation.  I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that are sufficient to establish probable cause.

3. On or about July 16, 2001, Kimberlys Johanna RIVERO Esteves, a/k/a "Kimberly Johanna Rivero," was admitted into the United States as a B-1 visitor for business with authorization to remain in the United States for a temporary period not to exceed January 15, 2002. RIVERO remained in the United States beyond that period. On or about May 10, 2005 RIVERO was arrested and placed

under removal proceedings pursuant to Section 237 9a)(1)(B) of the Immigration and Nationality Act (INA).

4. On or about September 6, 2007, an Immigration Judge granted RIVERO Voluntary Departure until January 4, 2008. RIVERO Voluntarily Departed the United States on or about November or December 2007 and returned to Venezuela.

5. Subsequently RIVERO re-entered the United States without inspection on or about a year later through the U.S Mexican Border in Nogales, Arizona.

6. On or about January 7, 2009, RIVERO caused a I-485 Application to Register Permanent Residence or Adjust Status to be submitted to the United States Citizenship and Immigration Services (USCIS). RIVERO sought her residency in the United States under the Cuban Adjustment Act as a citizen of Cuba and attached to her application a Cuban birth certificate indicating that her father is a national of Venezuela and that her mother is a national of Colombia. The application was subsequently approved and RIVERO became a lawful permanent resident of the United States.

7. On or about January 11, 2012, in Miami Beach, Florida, RIVERO caused an N-400 Application for Naturalization to be submitted to USCIS, in which RIVERO certified, under penalty of perjury, that she was a citizen of Cuba. In the N-400, RIVERO stated that her home address was 1006 Bay Drive, Apartment 812, Miami Beach, Florida 33141.

8. On or about November 8, 2012, RIVERO appeared at a USCIS office in Miami Dade County for an interview on her N-400. During the interview, RIVERO

stated, under oath, that she was a citizen of Venezuela and not of any other country. RIVERO stated that she obtained a Cuban birth certificate because she had no other means of adjusting her status as a United States citizen. RIVERO also stated that had purchased the Cuban Birth certificate from a vendor known as Fidel MOREJON for approximately $5,000 USD. RIVERO's interview was audio and video recorded.

9. During the interview, RIVERO also stated that she applied for a Non-Immigrant Visa while she was residing in Venezuela on or about July 2008. On the application, RIVERO stated that she was born in San Antonio, Venezuela. RIVERO failed to disclose her voluntary departure from the United States.

10. Based upon these facts, there is probable cause to believe that, on January 11, 2012, the defendant, Kimberlys Johanna RIVERO Esteves, did make a false statement under oath, in any case, proceeding or matter relating to, or under, or by virtue of any law of the United States, relating to naturalization, citizenship, or registry of aliens.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Maria Paula Molano, Special Agent
Homeland Security Investigations

Sworn before me and
Subscribed before me on
November 9, 2012

US MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. _12 - 3504 JJC_

UNITED STATES OF AMERICA

vs.

## KIMBERLYS JOHANNA RIVERO ESTEVES,
### a/k/a "KIMBERLY JOHANNA RIVERO,"

**Defendant.**

_____/

## CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?     _____ Yes ___X___ No

2.     Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?     _____ Yes ___X___ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____

Elina Rubin-Smith
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501786
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9415
FAX (305) 530-7976